H-W CORPORATION *v.* DEPARTMENT OF TREASURY

Taxation—State Board of Tax Appeals—Appeal by Department
  —Scope of Review.
  Appeals from the State Board of Tax Appeals to Ingham circuit
     court by the Department of Revenue Division of the Depart-
     ment of Treasury are limited to judicial review of questions of
     law (CL 1948, § 205.9).

Appeal from Ingham, Warren (Jack W.), J.
Submitted Division 2 January 9, 1969, at Lansing.
(Docket No. 5,589.)     Decided January 29, 1969.
Leave to appeal denied June 13, 1969.     See 382
Mich 761.

Defendant, Department of Treasury, Department
of Revenue Division appealed from a decision of the
State Board of Tax Appeals ordering defendant to
refund a tax assessment and interest to plaintiff
H-W   Corporation   (formerly   Harding-Williams
Michigan Inc.), an Illinois corporation. Appeal dis-
missed by circuit court.   Defendant appeals.   Af-
firmed.

*Fred J. Fechheimer,* for plaintiff.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, and *William D. Dex-
ter,* and *James B. Saunders,* Assistant Attorneys
General, for defendant.

<hr>

Reference for Points in Headnote
51 Am Jur, Taxation § 767 *et seq.*

Per Curiam. Defendant seeks review of the circuit court order dismissing an appeal from the State Board of Tax Appeals which determined that the assessed sales tax and interest in the total sum of $5,926.63 be refunded to H-W Corporation.

In view of the Supreme Court's decisions in *Jerry McCarthy Highland Chevrolet Company, Inc., v. Department of Revenue* (1958), 351 Mich 558, and *Dynamic Manufacturers, Inc.,* v. *Employment Security Commission* (1963), 369 Mich 556, which relate to the construction of CL 1948, § 205.9 (Stat Ann 1960 Rev § 7.657[9]), appeals from the State Board of Tax Appeals are limited to judicial review of questions of law. The trial court here reviewed the entire proceedings of the State Board of Tax Appeals and found that the order appealed from complied with the law.

Affirmed.

Quinn, P. J., and McGregor and V. J. Brennan, JJ., concurred.